DETROIT PROPERTIES CORPORATION *v.* CITY OF DETROIT.

SAME *v.* SAME.

These cases are controlled by *Morgan* v. *City of Detroit, ante,* 63.

Certioraris to Wayne; Brennan (Vincent M.), J. Submitted April 8, 1930. (Calendar Nos. 34,867 and 34,898.) Decided June 2, 1930.

Mandamuses by Detroit Properties Corporation and others to compel the City of Detroit, a municipal corporation, to pay interest on awards in condemnation proceedings. Defendant reviews judgments for plaintiffs by certiorari. Affirmed.

*Warren, Hill & Hamblen* (*William C. Allee* and *John K. Worley,* of counsel), for plaintiffs.

*Clarence E. Wilcox,* Corporation Counsel, and *James H. Lee,* Assistant Corporation Counsel, for defendant.

BUTZEL, J. For the reasons stated in the case of *Morgan* v. *City of Detroit, ante,* 63, decided this day, and wherein the same questions were presented as are raised in this case, the judgment of the lower court is affirmed.

WIEST, C. J., and CLARK, MCDONALD, POTTER, SHARPE, NORTH, and FEAD, JJ., concurred.